IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
DAVID LEE DAVIS,              )
                              )
    Plaintiff,                )
                              )       CIVIL ACTION NO.
    v.                        )         3:15cv535-MHT
                              )             (WO)
CHAMBERS COUNTY DETENTION     )
FACILITY and OFFICER          )
CAMBELL,                      )
                              )
    Defendants.               )
```

## JUDGMENT

Upon an independent and de novo review of the record, and as there are no objections to the recommendation, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 4) is adopted.

(2) Defendant Chambers County Detention Facility is dismissed and terminated as a party, with no costs taxed.

(3) This case is referred back to the United States Magistrate Judge for further proceedings.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 27th day of August, 2015.

                                 /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE