IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **DAVID LEE DAVIS,** | ) |
| | ) |
| Plaintiff, | ) |
| | )  CIVIL ACTION NO. |
| v. | )    3:15cv535-MHT |
| | )        (WO) |
| **OFFICER CAMBELL,** | ) |
| | ) |
| Defendant. | ) |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit claiming that the defendant correctional officer used excessive force against him. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment should be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of March, 2016.

            /s/ Myron H. Thompson_____
            **UNITED STATES DISTRICT JUDGE**